IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KRAEEMA JOHNSON, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>OLD SOUTHWEST HEALTH AND REHABILITATION, LLC, et al.,<br><br>*Defendants*. | Civil Action No. 7:24-cv-00574-MFU-CKM |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Kraeema Johnson, Ketitia Stanley, Sheree Payne, Jessica Davis, Latrivia Harris, and Kristian Stevens, by counsel, and without opposition from Defendants, respectfully move this Court pursuant to Fed. R. Civ. P. 23(e), and for the reasons more fully set forth in the accompanying memorandum of law, to: (i.) preliminarily approve their settlement in this matter; (ii.) conditionally certify the Settlement Class; (iii.) authorize notice of settlement to that same Settlement Class in the form and manner agreed to by the Parties; (iv.) appoint Analytics Consulting LLC to serve as Claims Administrator in accordance with the terms of the Parties' Settlement Agreement and the Court's Order; (v.) provide members of the Settlement Class 45 days from the issuance of notice to request exclusion from the settlement or submit objections; (vi.) approve Class Members' release of claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* following final approval (if any) by consenting to participate in this action through negotiation of a settlement payment; and (vii.) setting a final approval and fairness hearing for a date no earlier than 100 calendar days following the filing of this Motion.

## CONCLUSION

Wherefore Named Plaintiffs request that this Court grant preliminary approval of the settlement and order the related relief discussed above by entering the Proposed Order attached to the Settlement Agreement as **Exhibit B**.

Respectfully submitted,

/s/ Christopher E. Collins
Christopher E. Collins (VSB No. 90632)
Mia Yugo (VSB No. 92975)
YUGO COLLINS, PLLC
25 Franklin Road, SW
Roanoke, Virginia 24011
Tel: (540) 861-1529
Direct: (540) 855-4791
chris@yugocollins.com
mia@yugocollins.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Christopher E. Collins*
Christopher E. Collins